IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

FILED
APR 0 2 2018
Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. JAMES THEODORE TOMS, II, Defendant. | CR-17-20-BLG-SPW <br><br> **ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE MOTION TO CONTINUE SENTENCING UNDER SEAL** |

Upon the Defendant's Unopposed Motion to for Leave to File Motion to Continue Sentencing Under Seal (Doc. 74), and for good cause appearing,

IT IS HEREBY ORDERED that the motion is GRANTED. The Defendant's Motion to Continue Sentencing shall be filed under seal.

DATED this 2nd day of April, 2018.

SUSAN P. WATTERS
DISTRICT COURT JUDGE

1