IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION


FILED
APR 02 2018
Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES THEODORE TOMS, II,<br><br>Defendant. | CR-17-20-BLG-SPW<br><br>**ORDER GRANTING UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING** |

Upon Defendant's Unopposed Motion to Continue Sentencing Hearing (Doc. 75), and good cause appearing,

IT IS HEREBY ORDERED that the sentencing hearing set for Tuesday, April 3, 2018 at 2:30 p.m. is **VACATED** and reset to commence on **Thursday, April 26, 2018 at 9:30 a.m.**

The Clerk of Court is directed to notify counsel and the U.S. Marshals Service of the making of this Order.

DATED this 2nd day of April, 2018.

Susan P. Watters
SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE

1