FILED

APR 24 2018

Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES THEODORE TOMS, II,<br><br>Defendant. | CR-17-20-BLG-SPW-1<br><br>**ORDER GRANTING UNOPPOSED MOTION TO FILE SENTENCING MEMORANDUM UNDER SEAL AND MOTION TO FILE LATE SENTENCING MEMORANDUM** |

Upon Defendant's Unopposed Motion to File Sentencing Memorandum Under Seal and Motion to File Late Sentencing Memorandum (Doc. 79), and for good cause appearing,

IT IS HEREBY ORDERED the sentencing memorandum in this matter shall be filed under seal on or before **April 24, 2018**.

DATED this 24th day of April, 2018.

SUSAN WATTERS
U.S. DISTRICT COURT JUDGE

1