IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR-17-20-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE PSYCHOLOGICAL EVALUATION UNDER SEAL |
| JAMES THEODORE TOMS, II, | |
| Defendant. | |

Upon Defendant's Unopposed Motion for Leave to File Psychological Evaluation Under Seal (Doc. 82), and for good cause appearing,

IT IS HEREBY ORDERED that Defendant's Motion is GRANTED. The psychological evaluation in this matter shall be filed under seal.

DATED this 25th day of April, 2018.

SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE

1